Exhibit A



Equifax Credit Watch™ Gold

Confirmation Number: **4815638368** Equifax Credit Report for: **Juan Eyzaguirre Sr.** as of 11/10/2004.

# Collections

A collection is an account that has been turned over to a collection agency by one of your creditors because you have not paid the account as agreed. If you believe that any of this information is incorrect, please see the Dispute File Information section at the end of this report.

PIERCE, HAMILTON & STERN

| | |
|---|---|
| Date Assigned: | 10/2003 |
| Account Number: | 1191346 |
| Client Name: | GABLES RESIDENT |
| Original Amount Owed: | $385 |
| Balanced Owed: | $0 |
| Balance Date: | 10/2004 |
| Date of Last Activity: | 09/2003 |
| Date Reported: | 10/2004 |
| Status Date: | 10/2004 |
| Status: | P-Paid |
| Comments: | Collection Account |

Copyright Equifax 2005 | Privacy Policy | Terms of Use | FCRA

05 1873

**FILED**

SEP 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATEMENT OF DEPOSITS

From: Berkshire Apartments
      4201 Massachusetts Avenue, NW

      Washington, DC  20016

Unit: 179-001-4029-2                       Mailing     JUAN EYZAGUIRRE
      JUAN EYZAGUIRRE                  Address:    SSN #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
      4029                                                        4201 MASS. AVENUE, NW., #1043C
      4201 Massachusetts Avenue, NW             WASHINGTON, DC    20016
      Washington, DC    20016

---

Occupancy Date: 01/12/03             Date Notified:          07/28/03
Date Vacated  : 07/31/03             30 Day Written Notice: N
Lease End Date: 01/31/04             Lease Term Fullfilled: N

DEPOSITS:
                                               Deposits Held                          500.00
                                               Interest                                 0.00
                                               Total Deposits Held             500.00

CHARGES AND DEDUCTIONS:

   Apartment Rent                                                                    285.00
   LEASE BREAKING FEE                                                   475.00
   REMOVAL OF FURNITURE                                               50.00
   CLEAN CARPET                                                                  50.00
   CLEAN REFRIGERATOR                                                    25.00

                    Total Charges and Deductions                          885.00

SUMMARY:

Total Deposits Held                         500.00
(Less) Total Charges and Deductions     885.00

                    Amount Due Owner:                                       385.00

COMMENTS:

APARTMENT RERENTED 8/10/03, RESPONSIBLE THROUGH 8/9/03.

Dated: _____ By: _____
                                                    GABLES RESIDENTIAL

NEVER
RECEIVED
NEITHER
SIGNED
BY ME!

[Domestic Return Receipt form, USPS Form 3811, August 2001; Article Number 7003 1680 0007 0686 8693; Date of Delivery 8/9-01-03; Received by (Printed Name): Waters; addressed to EPA/OGWDW, Washington DC 20016; Certified Mail checked]