Exhibit B

Case 1:05-cv-01873-ESH    Document 1-3    Filed 09/22/2005    Page 1 of 4

# citibank®

P.O. BOX 790161, MS-761
ST. LOUIS MO 63179

March 1, 2005

JUAN EYZAGUIRRE
6815 WEMBERLY WAY
MCLEAN VA 22101-1532

Dear JUAN EYZAGUIRRE:

Thank you for your recent VARIABLE RATE CHECKING PLUS application. We regret to inform you that we are unable to approve your request for the following reason(s):

- DEROGATORY PUBLIC RECORD OR COLLECTION FILED
- Proportion of balances to credit limits on revolving accounts is too high
- LENGTH OF TIME BANK/NATIONAL REVOLVING ACCOUNTS HAVE BEEN ESTABLISHED

In evaluating your application, we used a credit scoring system which assigns numerical values to various items of information we consider in evaluating an application, then totals the values to get your credit score. The information contained in your application and/or credit report did not score the number of points that we normally require for approval. The above reasons describe why you did not score well compared to other applicants.

Citibank's decision was based in part upon information, not necessarily of a derogatory nature, from the consumer reporting agency(s) listed below. If you have questions about the information in your credit report, you should contact the credit reporting agency(s) directly within 60 days after receipt of this letter. (See the section on the reverse side of this letter titled "Information from Consumer Reporting Agencies" for more information.)

        Equifax Information Services
        1550 Peachtree Street, H-13
        Atlanta, GA 30309
        (800)685-1111

If your financial situation has changed or you can provide additional information, please call us at (800)925-2484, Monday through Friday, 7:30 AM - 7:00 PM, or Saturday, 8:00 AM - 3:00 PM Central Time.*

Sincerely,

Terry Johnson
Citibank, F.S.B.

Reference #105022501676000 (ST10-1 MS101)

05 1873

**FILED**

SEP 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*See reverse side for important information.*
*To ensure quality service, incoming calls are randomly monitored. For TTY service, call (800) 945-0258.
Checking Plus®, Ready Credit® and Equity Source Account® (ESA) are registered service marks of Citicorp.*

SU205 (REV. 9/03)

A member of citigroup↑

American Express
PO Box 31525
Salt Lake City, UT 84131



Juan Eyzaguirre PHD
6815 Wemberly Way
McLean, VA 22101-1532



January 28, 2005

Reference: 2005027 60 02143 USD

Dear Juan Eyzaguirre PHD:

Thank you for your interest in Blue Cash℠ from American Express. At this time, we are unable to open an account for you.

Your application was processed using a credit scoring system which assigns numerical values to the various pieces of information we consider in evaluating your application. Your application did not score enough points to qualify for an account at this time for the following reasons:

> Derogatory public record or collection filed.
> Proportion of loan balances to loan amounts is too high.
> Ratio of balances to credit limits on bank/natl revolving or other revolving accounts is too high
> Length of time accounts have been established.

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed in this letter. You have a right under the Fair Credit Reporting Act to obtain a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. If you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. Please understand that the reporting agency played no part in our decision and cannot supply you with specific reasons why we denied credit to you.



## IMPORTANT NOTICE CONCERNING YOUR RIGHTS

**Notice to U.S. Residents.**

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning American Express Centurion Bank is the Federal Deposit Insurance Corporation, Credit Card Center, 2345 Grand Boulevard, Suite 100, Kansas City, MO 64108. The federal agency that administers compliance with this law concerning American Express Bank, FSB is the Office of Thrift Supervision, P.O. Box 7165, San Francisco, CA 94120-7165. The federal agency that administers compliance with this law concerning American Express TRS Co., Inc. is the Federal Trade Commission, Equal Credit Opportunity, Washington D.C. 20580.

**Notice to Ohio Residents.**

The Ohio state laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Notice to Washington Residents.**

The Washington state laws against discrimination prohibit discrimination in credit transactions because of race, creed, color, national origin, sex, or marital status. The Washington State Human Rights Commission administers compliance with this law.

O1ECOE

**CREDIT BUREAU AGENCY(S)**
Experian
PO Box 2002
Allen, TX 75013
1-888-397-3742
www.experian.com/ra