UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JUAN EYZAGUIRRE**

v.                                          CASE NUMBER: 1:05CV01873 *ESH*

**GABLES RESIDENTIAL**
**&**
**THE BERKSHIRE**

### AFFIDAVIT OF SERVICE

I, Juan Eyzaguirre, hereby declare that on the 24th of September 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Gables Residential. Attached hereto is the green card acknowledging service.

[Attached USPS PS Form 3811 Domestic Return Receipt]

- Article Addressed to: Gables Residential, 4201 Massachusetts Ave NW, Washington DC 20016
- Service Type: Certified Mail
- Article Number: 7005 1160 0003 6196 6504
- Signature / Agent; Date of Delivery: 9/24/05

Juan Eyzaguirre
6815 Wemberly Way
McLean, VA 22101
(202) 997-1211

Subscribed & Sworn to before me this 28th day of September 2005

Greta A. Dempsey
Notary Public District of Columbia
My Commission Expires 09/30/07

RECEIVED
SEP 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED SATATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUAN EYZAGUIRRE

v.                                             CASE NUMBER: 1:05CV01873 *ESH*

THE BERKSHIRE
&
GABLES RESIDENTIAL

AFFIDAVIT OF SERVICE

I, Juan Eyzaguirre, hereby declare that on the 24th of September 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to The Berkshire.

Attached hereto is the green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Berkshire
4201 Massachusetts Av NW
Washington DC 20016

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X [signature] ☒ Agent ☐ Addressee
B. Received by (Printed Name): WATERS
C. Date of Delivery: 9/24/05
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service): 7005 1160 0003 6196 5897

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

RECEIVED
SEP 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed & sworn to before me this 28th day of September 2005

[signature]
Greta A. Dempsey
Notary Public District of Columbia
My Commission Expires 09/30/07

Juan Eyzaguirre
6815 Wemberly Way
McLean, VA 22101
(202) 997-1211