IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUAN EYZAGUIRRE,                    )
                                    )
            Plaintiff,              )
                                    )
    v.                              )        Case No. 1:05CV01873 (ESH)
                                    )
THE BERKSHIRE, et al.,              )
                                    )
            Defendants.             )

### ORDER GRANTING MOTION TO DISMISS

UPON CONSIDERATION OF THE Motion to Dismiss or In The Alternative Motion to Quash Service of Process ("Motion") filed herein by Defendants The Berkshire and Gables Residential Company, and any opposition thereto, if any, filed by Plaintiff, Juan Eyzaguirre, and it appearing to the Court that Defendants' Motion states adequate grounds for dismissal of this action with prejudice pursuant to Federal Rules of Civil Procedure Rule(s) 12(b)_____, it is this ____ day of _____ 2005:

ORDERED, that the Motion be, and the same hereby is, **GRANTED**; and it is further

ORDERED, that this case be, and the same hereby is, <u>dismissed with prejudice as to both Defendants</u> and as to the ownership and property management interests of the real property and improvements known generally as The Berkshire Apartments located at 4201 Massachusetts Avenue, N.W., Washington, D.C. 20016; and it is further

ORDERED, that Plaintiff shall pay counsel for Defendants the sum of

$_____ as a reasonable recovery by Defendants for the legal expenses and costs incurred in responding to Plaintiff's meritless claim brought in bad faith and for harassment purposes, pursuant to U.S.C. § 1692k(a)(3).


_____
The Honorable Ellen S. Huvelle
Judge, United States District Court for the
District of Columbia


**COPIES TO**:

Michael J. Carmody, Esq.
1889 Preston White Drive
Suite 200
Reston, VA 20191
(Counsel for Defendants)

Juan Eyzaguirre
6815 Wemberly Way
McLean, VA 22101
(Plaintiff, *pro se*)


G0935253.008
11/10/2005 3:31 PM