Exhibit A





## THE COLLECTORS

**FAX TRANSMITTED: 1/5/2005 9:59:46 AM**

| | |
|---:|:---|
| Attention: | JUAN CHARDIET |
| To Fax Number: | 703-448-7780 |
| From: | NANCY GUZMAN |
| Subject: | 1191346 |
| Message: | BREAKDOWN OF CHARGES |

**COMMENTS:** This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Should you have any questions please feel free to contact this office.

---

North Carolina Department of Insurance Permit Number 3054
City of New York License Number 1019821

You should receive a total of 9 page(s), including this cover sheet.

The information contained in this facsimile is privileged and confidential and is intended for use only by the individual or entity named above. If you have received this fax in error, immediately notify us by telephone and return any and all copies to the address listed below. Any dissemination, distribution or copying of this document, in part or in whole, is strictly prohibited.

6931 Arlington Road • Suite 400 • Bethesda, Maryland 20814
Facsimile: 301.664.6820 • Phone: 301.215.4200 • E-Mail: info@phs-net.com
ON THE WORLD WIDE WEB AT: HTTP://WWW.PHS-NET.COM

PIERCE, HAMILTON AND STERN, INC.
6931 ARLINGTON ROAD, SUITE 400
BETHESDA MD 20814



January 5, 2005

JUAN EYZAGUIRRE                    1191346    -    16387

NO LETTERS


RE:      OUR CLIENT:   GABLES RESIDENTIAL

BALANCE DUE          : $0.00
ACCOUNT NUMBER       : 1191346


## VERIFICATION OF THE DEBT

Dear Mr./Ms. EYZAGUIRRE,

Enclosed per your request is verification of the above noted debt. If there is a discrepancy, contact this office immediately.

If you have any questions, please contact your collector.

                            Sincerely,


                            Pierce, Hamilton and Stern, Inc.
                            301-215-4200



This is an attempt to collect a debt and any information obtained will be used for that purpose.

North Carolina department of insurance permit number 3054
City of New York License Number 1019821

10-02-03

Sheet1

**GABLES**
RESIDENTIAL
*Taking Care of the Way People Live®*

22-Sep-03

Pierce, Hamilton & Stern, Inc.
6931 Arlington Road
Bethesda, Md. 20814

← Never received. by Juan Eyzaguirre ③

Gentlemen:

| | | |
|---|---|---|
| **NAME:** | Juan Eyzaguirre | |
| **PROPERTY ID NUMBER:** | 1179 | |
| **AMOUNT DUE:** | 8/1/03 – 8/9/03 | $285.00 |

Legal Fees:
Late Fee:
Return Check Fee:

| | | |
|---|---|---|
| Other: | Lease breaking fee | $475.00 |
| | Furniture removal | $50.00 |
| | Clean carpet & refrigerator | $75.00 |

| | |
|---|---|
| Less Security Deposit Forfeited | ($500.00) |
| Less Interest (Security Deposit) | $0.00 |
| Total Due: | **$385.00** |

Very truly yours,

*[signature]*

Loretta Gaegler
Regional Vice President
Attachments: Application Copy  X   Lease Copy X

8280 Greensboro Drive
Suite 605
McLean, Virginia 22102
(703) 918-2500
(703) 918-0199 Facsimile
www.gables.com

FEDERAL AND STATE DEBT COLLECTION LAWS AND/OR THE FAIR CREDIT REPORTING AC
REQUIRE THE FOLLOWING DISCLOSURES

*[handwritten annotations: "I never received this notice!", "thus, this office cannot assumed this debt as"]*

Required by Fair Debt Collection Practices Act: This is an attempt to collect a debt and any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This communication is from a debt collector.

Required by Fair Credit Reporting Act: You have a right to inspect your credit report.

All States: You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

CALIFORNIA: As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

COLORADO: If you notify this office in writing to cease contacting you by telephone at your place of employment, no further contact shall be made. If you refuse to pay this debt, or you wish this office to cease further communication, and you so advise this office, in writing, there will be no further communication with you except to advise you that we intend to invoke specified remedies permitted by law or that we may invoke specific remedies which we ordinarily invoke, or to advise you our efforts are being terminated. This Collection Agency is licensed by the Colorado Collection Agency Board: 1525 Sherman Street, 5th Floor, Denver Colorado 80203. Do not send payments to the collection agency board.

IDAHO: Managers can be reached at 1-800-359-0028, Mon.-Fri. 9am to 5pm, EST.

MAINE: Hours of operation are Mon.-Fri. 9am to 5pm, EST.

MASSACHUSETTS: Massachusetts Office: 5230 Washington Street - West Roxbury, MA 02132 - Office Hours: 9am - 5pm, Mon.-Fr. EST. Send Payments to PHS 6931 Arlington Road, #400, Bethesda, MD 20814.

"Notice of Important Rights", You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the collection agency.

MINNESOTA: This collection agency is licensed by the Minnesota Department of Commerce.

NEW YORK CITY: Department of Consumer Affairs License Number 1019821.

NORTH CAROLINA: North Carolina Department of Insurance Permit Number 3054.

TENNESSEE: This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37243.

UTAH: As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

WISCONSIN: This collection agency is licensed by the Office of Secretary of Financial Institutions, P.O. Box 7876, Madison, Wisconsin 53707.

 

# EQUIFAX



Equifax Credit Watch™ Gold

Confirmation Number: **4815638368** Equifax Credit Report for: **Juan Eyzaguirre Sr.** as of 11/10/2004.

## Collections

A collection is an account that has been turned over to a collection agency by one of your creditors because you have not paid the account as agreed. If you believe that any of this information is incorrect, please see the Dispute File Information section at the end of this report.

| | |
|---|---|
| PIERCE, HAMILTON & STERN | |
| Date Assigned: | 10/2003 |
| Account Number: | 1191346 |
| Client Name: | GABLES RESIDENT |
| Original Amount Owed: | $385 |
| Balanced Owed: | $0 |
| Balance Date: | 10/2004 |
| Date of Last Activity: | 09/2003 |
| Date Reported: | 10/2004 |
| Status Date: | 10/2004 |
| Status: | P-Paid |
| Comments: | Collection Account |

Copyright Equifax 2005 | Privacy Policy | Terms of Use | FCRA

## STATEMENT OF DEPOSITS

From: Berkshire Apartments
4201 Massachusetts Avenue, NW

Washington, DC   20016

Unit: 179-001-4029-2
JUAN EYZAGUIRRE
4029
4201 Massachusetts Avenue, NW
Washington, DC   20016

Mailing   JUAN EYZAGUIRRE
Address:  SSN #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
          4201 MASS. AVENUE, NW., #1043C
          WASHINGTON, DC   20016

---

Occupancy Date: 01/12/03
Date Vacated   : 07/31/03
Lease End Date: 01/31/04

Date Notified:            07/28/03
30 Day Written Notice: N
Lease Term Fullfilled: N

DEPOSITS:

Deposits Held                500.00
Interest                       0.00
Total Deposits Held          500.00

CHARGES AND DEDUCTIONS:

   Apartment Rent                                       285.00
   LEASE BREAKING FEE                                   475.00
   REMOVAL OF FURNITURE                                  50.00
   CLEAN CARPET                                          50.00
   CLEAN REFRIGERATOR                                    25.00

          Total Charges and Deductions                  885.00

SUMMARY:

Total Deposits Held                    500.00
(Less) Total Charges and Deductions    885.00

          Amount Due Owner:                             385.00

COMMENTS:

APARTMENT RERENTED 8/10/03, RESPONSIBLE THROUGH 8/9/03.

Dated: _____   By: _____
                              GABLES RESIDENTIAL

NEVER
RECEIVED
NEITHER
SIGNED
BY ME!

(rotated return receipt card, sideways)

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Juan D. Esparzza
Andrade(?)
[illegible] DC 20016

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]   ☐ Agent
                ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Waters                        9-01-03

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7003 1680 0007 0686 8693

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Exhibit B



UBS Financial Services Inc.
8045 Leesburg Pike
Suite 700
Vienna, VA 22182-2709
Tel. 703-734-8414
Fax 703-734-8445
Toll Free 800-255-8045

Stefan Lambert
Corporate Vice President
Branch Manager
stefan.lambert@ubs.com

www.ubs.com

March 14, 2005

Juan Eyzaguirre
6815 Wemberly Way
McLean, Va. 22101

Dear Juan:

Thank you for meeting with me to discuss your background and career goals in relation to the position of Financial Advisor Trainee with UBS Financial Services Inc.

We are unable to offer you a position at this time.

Your interest in UBS Financial Services Inc. is greatly appreciated. Please accept our best wishes for your success in the pursuit of a rewarding career opportunity.

Regards,

Stefan Lambert
Corporate Vice President
Branch Manager

SL/cr

UBS Financial Services Inc. is a subsidiary of UBS AG.



P.O. BOX 790161, MS-761
ST. LOUIS MO 63179


March 1, 2005


    JUAN EYZAGUIRRE
    6815 WEMBERLY WAY
    MCLEAN VA 22101-1532


Dear JUAN EYZAGUIRRE:

    Thank you for your recent VARIABLE RATE CHECKING PLUS application. We regret to inform you that we are unable to approve your request for the following reason(s):

- DEROGATORY PUBLIC RECORD OR COLLECTION FILED
- Proportion of balances to credit limits on revolving accounts is too high
- LENGTH OF TIME BANK/NATIONAL REVOLVING ACCOUNTS HAVE BEEN ESTABLISHED

In evaluating your application, we used a credit scoring system which assigns numerical values to various items of information we consider in evaluating an application, then totals the values to get your credit score. The information contained in your application and/or credit report did not score the number of points that we normally require for approval. The above reasons describe why you did not score well compared to other applicants.

Citibank's decision was based in part upon information, not necessarily of a derogatory nature, from the consumer reporting agency(s) listed below. If you have questions about the information in your credit report, you should contact the credit reporting agency(s) directly within 60 days after receipt of this letter. (See the section on the reverse side of this letter titled "Information from Consumer Reporting Agencies" for more information.)

                      Equifax Information Services
                      1550 Peachtree Street, H-13
                      Atlanta, GA 30309
                      (800)685-1111

If your financial situation has changed or you can provide additional information, please call us at (800)925-2484, Monday through Friday, 7:30 AM - 7:00 PM, or Saturday, 8:00 AM - 3:00 PM Central Time.*

Sincerely,

Terry Johnson
Citibank, F.S.B.                                      Reference #105022501676000 (ST10-1 MS101)


*See reverse side for important information.*
*To ensure quality service, incoming calls are randomly monitored. For TTY service, call (800) 945-0258.
Checking Plus*, Ready Credit* and Equity Source Account* (ESA) are registered service marks of Citicorp.*



A member of citigroup

American Express
PO Box 31525
Salt Lake City, UT 84131



January 28, 2005



Juan Eyzaguirre PHD
6815 Wemberly Way
McLean, VA 22101-1532

Reference: 2005027 60 02143 USD

Dear Juan Eyzaguirre PHD:

Thank you for your interest in Blue Cash[SM] from American Express. At this time, we are unable to open an account for you.

Your application was processed using a credit scoring system which assigns numerical values to the various pieces of information we consider in evaluating your application. Your application did not score enough points to qualify for an account at this time for the following reasons:

> Derogatory public record or collection filed.
> Proportion of loan balances to loan amounts is too high.
> Ratio of balances to credit limits on bank/natl revolving or other revolving accounts is too high
> Length of time accounts have been established.

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed in this letter. You have a right under the Fair Credit Reporting Act to obtain a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. If you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. Please understand that the reporting agency played no part in our decision and cannot supply you with specific reasons why we denied credit to you.



## IMPORTANT NOTICE CONCERNING YOUR RIGHTS

**Notice to U.S. Residents.**

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning American Express Centurion Bank is the Federal Deposit Insurance Corporation, Credit Card Center, 2345 Grand Boulevard, Suite 100, Kansas City, MO 64108. The federal agency that administers compliance with this law concerning American Express Bank, FSB is the Office of Thrift Supervision, P.O. Box 7165, San Francisco, CA 94120-7165. The federal agency that administers compliance with this law concerning American Express TRS Co., Inc. is the Federal Trade Commission, Equal Credit Opportunity, Washington D.C. 20580.

**Notice to Ohio Residents.**

The Ohio state laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Notice to Washington Residents.**

The Washington state laws against discrimination prohibit discrimination in credit transactions because of race, creed, color, national origin, sex, or marital status. The Washington State Human Rights Commission administers compliance with this law.

O1ECOE

CREDIT BUREAU AGENCY(S)
Experian
PO Box 2002
Allen, TX 75013
1-888-397-3742
www.experian.com/ra