UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

JUAN EYZAGUIRRE

6815 WEMBERLY WAY

McLEAN, VA 22101

V                                                                CIVIL ACTION NO. 1:05CV01873-ESH

GABLES RESIDENTIAL SERVICES INC

8280 GREENSBORO DRIVE, SUITE 605

MCLEAN, VIRGINIA 22102

PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND
AMENDED COMPLAINT

COMES NOW the Plaintiff, pro se, and respectfully requests this Honorable Court to grant leave, thereby permitting Plaintiffs to file a Second Amended Complaint, and state as follows:

1. Plaintiff filed its Complaint in this Court on 9/22/05. Defendants' original answer was due on 10/18/05. However, Plaintiffs consented to Defendant's request to extend the filing of its answer up to 2 weeks for two consecutive times.

2. On 10/18/05 the court ordered re-service of process in order to satisfy the requirements of Rule 4(h)1.

3. On 11/9/2005, Plaintiff filed an Amended Complaint in order to comply with the court

RECEIVED
NOV 18 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

order to re-service and Plaintiff added in the captions the real name of the Defendant, disregarded The Berkshire as a Defendant, added the registered agent of the Defendant for notification, made other minor additions and introduced new evidence.

4. On 11/10/2005, defendants filed their Answer to Dismiss or to Quash Service of Process.

5. Federal Rule of Civil Procedure 15 states that a party may amend a pleading once as a matter of course at any time before a responsive pleading is served. Federal Rule of Civil Procedure 15(a) provides that a party may amend its pleadings by leave of court or by written consent of the adverse party. "[L]eave shall be freely given when justice so requires." In *Foman v. Davis*, 371 U.S. 178 (1962), the court noted that Rule 15(a) declares that leave to amend shall be "freely given" when justice so requires and that "this mandate is to be heeded." *Id.* at 230. The court noted that a plaintiff ought to be afforded the opportunity to amend a complaint so long as there is no apparent undue delay, bad faith or dilatory motive on the part of the movant, or repeated failure to cure deficiencies by amendments previously allowed. None of the above circumstances are present, given that plaintiff is act ing pro se, in good faith, without harassment and gave to defendant two more periods to answer the claim; periods that were requested by the Defendant in order to settle. In the end, the defendant retracted his offer to settle. The amendment will not cause any undue prejudice but a more fair and due process.

4. Plaintiff seeks leave of this Court to file a Second Amended Complaint. This Second Amended Complaint will change mainly the Act to be applied in order to achieve a more fair and due process.

WHEREOF, for the foregoing reasons, Plaintiff respectufully request that this Court,

grant Plaintiff's Motion to Leave to File Second Amended Complaint.

Respectufully Submitted

Juan Eyzaguirre

6815 Wemberly Way

McLean, VA 22101

202 220 1635

**CERTIFICATE OF SERVICE**

I, Juan Eyzaguirre, certify that on this 18th day of November 2005, Plaintiff pro se, sent a complete and accurate copy of the foregoing Motion for Leave to File a Second Amended Complaint to Michael J. Carmody, who is acting as counsel and in representation of Defendant, addressed to 1889 Preston White Drive, Suite 200, Reston, VA 20191.

Juan Eyzaguirre
6815 Wemberly Way
McLean, VA 22101