UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUAN EYZAGUIRRE, <br><br> Plaintiff, <br><br> vs. <br><br> GABLES RESIDENTIAL COMPANY, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:05-CV-01873-ESH <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

To the clerk of this Court and all parties of record:

Please enter the appearance of Daniel G. Jarcho as counsel in this case for Plaintiff Juan Ezyaguirre.

                                                                                     /s/ Daniel G. Jarcho
                                                          Daniel G. Jarcho
                                                          D.C. Bar No. 391837
                                                          McKenna Long & Aldridge LLP
                                                          1900 K Street, NW
                                                          Washington, DC 20006
                                                          (202) 496-7600

Dated: December 19, 2005