UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUAN EYZAGUIRRE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GABLES RESIDENTIAL )<br>COMPANY, et al., )<br>)<br>Defendants. ) | Case No. 1:05-CV-01873-ESH |

**PLAINTIFF'S MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO MOTION TO DISMISS
AND SUPPORTING POINTS AND AUTHORITIES**

Plaintiff Juan Eyzaguirre respectfully moves for an enlargement of time in which to respond to Defendants' Motion to Dismiss or in the Alternative to Quash Service of Process. Plaintiff's response is currently due December 20, 2005. For the reasons stated herein, Plaintiff respectfully requests an extension up to and including January 10, 2006. Pursuant to L. Civ. R. 7(m), counsel for Plaintiff has conferred with Defendants' counsel regarding the issues raised in this motion. Defendants oppose the motion.

The undersigned law firm began representing Plaintiff on December 12, 2005. Therefore, Plaintiff's counsel have had limited time to review the factual and legal claims at issue. Plaintiff's counsel have worked diligently in this abbreviated time period, including, among other things, pursuing settlement discussions with Defendant. Plaintiff seeks an extension so that counsel may have sufficient time to research and prepare an appropriate response to Defendant's motion to dismiss, and so that counsel

can continue settlement discussions. In addition, Plaintiff's counsel request this extension through January 10, 2006 due to personal commitments during the impending holidays and other professional commitments.

Furthermore, Plaintiff's counsel recently requested records relating to this lawsuit from a third party. The third party, a collection agency, has indicated that these records will be provided to Plaintiff's counsel within the next week. Counsel believe these records may be relevant to the issues before the Court, and therefore also seek an enlargement of time so that these records may be reviewed before Plaintiff responds to Defendants' motion.

Finally, it is significant that Defendants' motion to dismiss is directed at Plaintiff's <u>first</u> amended complaint. The Court currently has before it Plaintiff's Motion for Leave to File Second Amended Complaint (filed November 18, 2005). Defendants opposed this motion on December 1, 2005. If the Court grants Plaintiff's motion for leave, Plaintiff's Second Amended Complaint may moot some issues raised by Defendants in their motion to dismiss. Therefore, Plaintiff requests this enlargement of time and notes that, to the extent practicable, the Court may wish to consolidate its consideration of the two motions in the interests of efficiency.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff an enlargement of time to respond to Defendants' motion to dismiss, up to and including January 10, 2006.

Pursuant to L. Civ. R. 7(c), a proposed order is filed as an attachment hereto.

Respectfully submitted,

      / s /    Daniel G. Jarcho
Daniel G. Jarcho  (D.C. Bar No. 391837)
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC  20006
202-496-7500

Counsel for Plaintiff

Dated:  December 19, 2005