UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN EYZAGUIRRE, <br><br> Plaintiff, <br><br> vs. <br><br> GABLES RESIDENTIAL COMPANY, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. 1:05-CV-01873-ESH ) ) ) ) ) ) |

## ORDER

The Court GRANTS Plaintiff's Motion for Enlargement of Time to Respond to Defendants' Motion to Dismiss or in the Alternative to Quash Service. Plaintiff shall file a response on or before January 10, 2006.

_____
United States District Court Judge

Copies to:

Michael J. Carmody, Esq.
Magruder & Associates, P.C.
1889 Preston White Drive
Suite 200
Reston, VA 20191
Counsel for Defendants

Daniel G. Jarcho, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
Counsel for Plaintiff