IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN EYZAGUIRRE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GABLES RESIDENTIAL SERVICES, INC. )<br>)<br>Defendant. ) | No. 05-1873 (ESH) |

**STIPULATION OF DISMISSAL
WITH PREJUDICE BETWEEN PLAINTIFF JUAN EYZAGUIRRE
AND DEFENDANT GABLES RESIDENTIAL SERVICES, INC.**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Juan Eyzaguirre and Defendant Gables Residential Services, Inc., by and through their undersigned attorneys, hereby stipulate to the dismissal, with prejudice, of the claims in the above-captioned matter as between Mr. Eyzaguirre and Gables Residential Services, Inc., each of which is to bear its own attorneys' fees and costs.

The claims are being dismissed based on a settlement agreement reached by the parties. The Court will keep continuing jurisdiction over this action for the purpose of enforcing the settlement agreement.

_____
Michael J. Carmody

MAGRUDER & ASSOCIATES, P.C.
1889 Preston White Drive, Suite 200
Reston, VA 20191
(703) 766-4400 (telephone)
(703) 766-4408 (facsimile)

Attorney for Defendant Gables
    Residential Services, Inc.

_____
Daniel G. Jarcho

MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500 (telephone)
(202) 496-7756 (facsimile)

Attorney for Plaintiff Juan Eyzaguirre

So ordered:

_____
United States District Judge

Dated: January 9, 2006